1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    MAURICE W. HOOKER,                     Case No.  17-cv-00337-DMR (PR)

8                    Petitioner,            **ORDER DISMISSING PETITION AS**
                                            **SUCCESSIVE**
9         v.

10   ROBERT W. FOX, Warden,[1]

11                   Respondent.

12          Petitioner, a state prisoner, has filed a petition for writ of habeas corpus to challenge the

13   restitution component of his 2008 conviction and resulting sentence in the Santa Clara County

14   Superior Court for inflicting corporal injury on his spouse, Cal. Penal Code § 273.5(a), and

15   inflicting corporal injury on a child, his stepdaughter, *id.* § 273d(a).  He has also submitted an

16   application for leave to proceed *in forma pauperis* ("IFP").  Dkt. 2.

17          This action has been assigned to the undersigned magistrate judge.  Petitioner consented to

18   magistrate judge jurisdiction in this matter.  Dkt. 1 at 7.

19          Pursuant to 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may

20   conduct all proceedings in a case, including entry of judgment.  Appeal will be directly to the

21   United States Court of Appeals for the Ninth Circuit.  *See* 28 U.S.C. § 636(c)(3).

22          This is not Petitioner's first challenge to his aforementioned conviction and sentence.[2]  He

23   also challenged the same conviction and sentence in a habeas petition filed in Case No. C 11-1652

24

25          [1] Robert W. Fox, the current warden of the prison where Petitioner is incarcerated, has
     been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.
26

27          [2] Petitioner has also filed a petition for a writ of mandate/prohibition pursuant to 28 U.S.C.
     § 1651 and California Code of Civil Procedure § 1085 et seq.  *See* Case No. C 14-04287 DMR
28   (PR).  However, the court denied his petition for a writ of mandate/prohibition with prejudice for
     lack of subject matter jurisdiction.  Dkt. 6 in Case No. C 14-04287 DMR (PR).

United States District Court
Northern District of California

1    SBA (PR).  On July 16, 2014, the Honorable Saundra Brown Armstrong denied the first petition

2    on the merits.  *See* Dkt. 13 in Case No. C 11-1652 SBA (PR).

3          On August 7, 2014, Petitioner again challenged the same conviction and sentence in

4    another habeas petition filed in Case No. 14-03598 DMR (PR).  On November 12, 2014, the court

5    dismissed that action as successive pursuant to 28 U.S.C. § 2244(b).  Dkt. 10 in Case No. 14-

6    03598 DMR (PR).

7          More recently, on August 5, 2016, Petitioner filed a document captioned "Petition For A

8    Writ of Habeas Corpus" in Case No. C 16-04432 DMR (PR).  The court determined that the

9    petition did not challenge either the fact of Petitioner's conviction or the length of his sentence,

10   but instead it pertained to the conditions of his confinement.  *See* Dkt. 3 at 1 in Case No. C 16-

11   04432 DMR (PR).  The court dismissed that action without prejudice to refiling as a civil rights

12   action under 42 U.S.C. § 1983.[3]  *Id.* at 2.

13         The instant habeas petition, which was filed on January 23, 2017, will be treated as a

14   second or successive petition.  Dkt. 1.

15         A second or successive petition containing new claims may not be filed in the district court

16   unless Petitioner first obtains from the United States Court of Appeals an order authorizing the

17   district court to consider the petition.  28 U.S.C. § 2244(b)(3)(A).  Here, the instant petition

18   challenges the same conviction and sentence as his previous petitions, including the petition

19   denied on the merits by Judge Armstrong.  *See* Dkt. 13 in Case No. C 11-1652 SBA (PR).  The

20   instant petition raises new claims challenging the restitution component of his sentence, but

21   Petitioner has not presented an order from the Ninth Circuit Court of Appeals authorizing the court

22   to consider these claims.  Therefore, the court is not authorized to consider the instant petition.

23   Accordingly, the instant petition is DISMISSED in its entirety.

24         If Petitioner wants to attempt to obtain the necessary order from the Ninth Circuit, he

25   should very clearly mark the first page of his document as a "MOTION FOR ORDER

26   AUTHORIZING DISTRICT COURT TO CONSIDER SECOND OR SUCCESSIVE PETITION

27   _____

28         [3] On December 7, 2016, Petitioner filed a civil rights action, which is still pending in this
     court.  *See* Case No. C 16-07019 DMR (PR).

United States District Court
Northern District of California

2

United States District Court
Northern District of California

1    PURSUANT TO 28 U.S.C. § 2244(b)(3)(A)" rather than labeling it as a habeas petition because

2    the Ninth Circuit clerk's office is apt to simply forward to this court any document labeled as a

3    habeas petition.  He also should mail the motion to the Ninth Circuit at (95 Seventh Street, San

4    Francisco, California 94103), rather than to this court.  In his motion to the Ninth Circuit, he

5    should explain how he meets the requirements of 28 U.S.C. § 2244(b).

6                                         **CONCLUSION**

7            For the forgoing reasons, the instant petition for a writ of habeas corpus is DISMISSED as

8    a second and successive petition.

9            Based solely on Petitioner's lack of financial resources, his application to proceed IFP is

10   GRANTED.  Dkt. 2.

11           The Clerk of the Court shall close the file.

12           This Order terminates Docket No. 2.

13           IT IS SO ORDERED.

14   Dated:  January 27, 2017

15

16                                                     _____

17                                                     DONNA M. RYU
                                                       United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE W. HOOKER,

        Plaintiff,

    v.

M.E. SPEARMEN,

        Defendant.

Case No. 4:17-cv-00337-DMR

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 1/27/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maurice W. Hooker ID: V-17290
California Medical Facility
P.O. Box 2500
Vacaville, CA 95696-2500

Dated: 1/27/2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU